# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LUIS TOPETE, #85912 | ) ) ) | |
| Plaintiff, | ) ) | 3:09-cv-00617-LRH-RAM |
| vs. | ) ) | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) ) / | |

On February 10, 2010, plaintiff filed two documents, an application to proceed *in forma pauperis* (docket #7), and a motion to extend time re notice of appeal and financial certificate (docket #8). However, this action was dismissed without prejudice on January 25, 2010 (docket #5) after the court issued two orders over an almost 90-day period directing plaintiff to either file a completed application to proceed *in forma pauperis* or pay the full filing fee. Plaintiff's appeal was dismissed on August 19, 2010 (docket #18). Accordingly, this case is closed.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (docket #7) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that plaintiff's motion to extend time re approval of financial certificate and notice of appeal (docket #8) is **DENIED** as moot.

///

///

///

1 **IT IS FURTHER ORDERED** that plaintiff shall file no further documents in this closed case. Any further documents that plaintiff attempts to file in this case shall be stricken.

DATED this 26th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE