# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS TOPETE, #85912 ) ) | |
| Plaintiff, ) | 3:09-cv-00617-LRH-RAM |
| vs. ) ) | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTION, *et al.*, ) ) | |
| Defendants. ) | |

On January 25, 2010, the court dismissed this action without prejudice (docket #5) and judgment was entered by the Clerk (docket #6).

On September 29, 2010, the Clerk of Court received a payment from plaintiff in the amount of $36.69 (*see* docket #21). However, as this action is closed the Clerk shall return this payment to plaintiff.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall return to plaintiff his payment of $36.69 (*see* docket #21).

**IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed case. Any such documents shall be returned, unfiled, to plaintiff.

DATED this 5th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE